IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


TINA EMERSON                                                                 PLAINTIFF


            v.                         Civil No. 6:11-cv-06085


JUDGE McCALLUM,
Circuit Judge, Clark County,
Arkansas                                                                     DEFENDANT


## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This civil rights case was filed in the Eastern District of Arkansas and transferred to this district on November 18, 2011. Plaintiff proceeds *pro se*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

With her complaint, Plaintiff submitted a motion for leave to proceed *in forma pauperis* (IFP). However, she failed to file a complete application. Specifically, she did not submit page two of the application. By order (ECF No. 6) entered on November 22, 2011, the Plaintiff was given until December 9, 2011, to submit the completed IFP application or pay the $350 filing fee. She was advised that failure to comply with the order would result in the dismissal of the case. To date, Plaintiff has failed to submit a complete IFP to the Court or to pay the filing fee. I therefore recommend that the complaint be dismissed with prejudice based on the Plaintiff's failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is**

**reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 18th day of January 2012.


/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE