IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TINA EMERSON                                                                                                    PLAINTIFF

VS.                                          Civil No. 6:11-cv-6085

JUDGE McCALLUM                                                                                           DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed January 18, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10). Judge Bryant recommends that the above-styled case be dismissed with prejudice for failure to obey orders of the Court. Specifically, Plaintiff has failed to submit a completed IFP application or pay the $350 filing fee required to proceed with this action. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

There are four motions currently pending: Motion to Proceed In Forma Pauperis (ECF No. 1), Motion for Default Judgment (ECF No. 11), Motion to Appoint Counsel (ECF No. 12), and Motion for Order to Suspend Sentence (ECF No. 13). Because Plaintiff's complaint is dismissed with prejudice, these remaining motions are **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 8th day of February, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge